UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 18CR2658-BTM |
| Plaintiff, | ) ORDER |
| v. | ) |
| KARL HEUSNER, | ) |
| Defendant. | ) |

The United States of America and defendant KARL HESUNER jointly move to continue the motion hearing set for November 16, 2018. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The motion hearing shall be continued to January 9, 2019 at 10:30 a.m. IT

1

IS FURTHER ORDERED that the period of delay from the filing of the joint motion until January 9, 2019shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

Dated:   November 14, 2018

Barry Ted Moskowitz, Chief Judge
United States District Court